UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 04 B 39759
    CARMEN CARDE
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-1285
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/26/04 and confirmed on 01/20/05.

2. The case was dismissed after confirmation, 09/20/2007.

3. The Debtor paid a total of $  4884.22 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED | 4200.00 | 530.61 | 1940.09 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 554.30 | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | 770.00 | .00 | .00 |
| NICOR GAS | UNSECURED | 1667.61 | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| RODGERS AUTO SALES | UNSECURED | 2022.03 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 1841.22 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4200.00 | .00 | 6855.16 | .00 | 11055.16 |
| PRINCIPAL PAID | 1940.09 | .00 | .00 | .00 | 1940.09 |
| INTEREST PAID | 530.61 | .00 | .00 | .00 | 530.61 |
| TOTAL PAID | 2470.70 | .00 | .00 | .00 | 2470.70 |

The Debtor's attorney, FOX VALLEY LEGAL GROUP         , was allowed $   2200.00 and was paid $   2200.00 .

The Trustee received $    213.52 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/17/07                    /S/
                                GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 04 B 39759 CARMEN CARDE